[No. 16041-9-I. Division One. March 31, 1986.]

*In the Matter of the Marriage of* BARTON L. KING, *Respondent, and* CHERYL L. GARDNER, *Appellant.*

Appeal from a judgment of the Superior Court for What-

com County, No. 85-3-00254-6, Marshall Forrest, J., entered January 3, 1985. *Vacated* by unpublished per curiam opinion.